1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**
Sep 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | **REQUEST TO UN-SEAL SEARCH WARRANTS** |
|---|---|---|
| 12 | | |
| 13 | The person of Michael Chand and any cellular or electronic devices found on his person | 2:20-SW-1021 KJN |
| 14 | | |
| 15 | The room controlled by Michael Chand at 100086 Mills Station Road, Sacramento, CA 95827 and any cellular or electronic devices found therein | 2:20-SW-1022 KJN |
| 16 | | |

17

18                      **REQUEST TO UNSEAL**

19     The search warrants in the above-captioned matters were issued under seal during an ongoing

20  investigation. This investigation resulted in an indictment on August 19, 2021, and there is no longer

21  any need for the search warrants or their affidavits to remain under seal. Accordingly, the United States

22  requests that the above-captioned matters be unsealed.

23

24   Dated: September 8, 2021              PHILLIP A. TALBERT
                                           Acting United States Attorney
25

26                                    By: /s/ Adrian T. Kinsella
                                           ADRIAN T. KINSELLA
27                                         Assistant United States Attorney

28

MOTION TO UN-SEAL; [PROPOSED] ORDER